IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:22-cv-00465

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER OF DEFAULT JUDGMENT** |
| APPROXIMATELY $83,513 IN UNITED ) | |
| STATES CURRENCY SEIZED ON ) | |
| FEBRUARY 20, 2022 IN CHARLOTTE, ) | |
| NORTH CAROLINA. ) | |

THIS CAUSE COMES BEFORE THE COURT upon the Government's Motion for Entry of Default Judgment. (Doc. 12). Having considered the Motion and the pleadings, the Court GRANTS the Motion and Orders as follows:

**IT IS HEREBY ORDERED THAT** Judgment by Default is entered against all persons in the world not having filed a claim in this action as the to the following defendant property:

**$80,000 in United States Currency seized on February 20, 2022 in Charlotte, North Carolina.**

**IT IS FURTHER ORDERED THAT** all right, title and interest in the following property, whether real, personal, mixed, has therefore been forfeited to the United States for disposition according to law:

**$80,000 in United States Currency seized on February 20, 2022 in Charlotte, North Carolina.**

Signed: May 4, 2023

Graham C. Mullen
United States District Judge